USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ALAPAHA VIEW LTD. et al.,

                Plaintiffs,

     -against-

PRODIGY NETWORK, LLC, et al.,

                Defendants.
-----------------------------------------------------------X

20-CV-7572 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

    On December 11, 2020, Defendant Prodigy Shorewood Investment Management, LLC filed a motion to dismiss the first amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  (Doc. 44.)  Accordingly, it is hereby:

    ORDERED that Plaintiffs shall serve any opposition to the motion to dismiss by January 11, 2021.  Defendant's reply, if any, shall be served by January 25, 2021.

SO ORDERED.

Dated:  December 16, 2020
           New York, New York

*[Signature]*
Vernon S. Broderick
United States District Judge