```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ALAPAHA VIEW LTD., et al.,                                  :
                                                            :
                              Plaintiffs,                   :
                                                            :      20-CV-7572 (VSB)
              -against-                                     :
                                                            :           ORDER
PRODIGY NETWORK, LLC, et al.,                               :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2021

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the parties' stipulation and proposed order dated January 23, 2021. (Doc. 67.) The stipulation, however, is not signed by the attorney for Prodigy Shorewood Investment Management, LLC ("PSIM"). The stipulation also does not indicate whether PSIM's letter motion to stay discovery is now moot. (*See* Doc. 46.) Accordingly, it is hereby

ORDERED that if PSIM does in fact agree to the stipulation, the parties file a stipulation signed by the attorney for PSIM by February 1, 2021.

IT IS FURTHER ORDERED that by February 1, 2021, the parties indicate, by stipulation or otherwise, whether the pending motion to stay discovery is now moot.

SO ORDERED.

Dated:    January 25, 2021
          New York, New York

Vernon S. Broderick
United States District Judge