```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
ALAPAHA VIEW LTD., et al.,                              :
:
                Plaintiffs,                           :
:    20-CV-7572 (VSB)
      -against-                                        :
:    **ORDER**
PRODIGY NETWORK, LLC, et al.,                           :
:
                Defendants.                           :
:
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    A telephonic order to show cause hearing was scheduled for today, February 19, 2021, at 2:00 p.m., however, neither party joined the hearing.

    I have not found an affidavit of service on Prodigy Network, LLC on the docket. Plaintiffs therefore are directed to provide the Court with an affidavit of service on Prodigy Network, LLC. Additionally, Plaintiffs are directed to inform the Court whether Prodigy Network, LLC has filed for bankruptcy, and whether an entry of default would potentially be in violation of any sort of stay. Accordingly, it is hereby:

    ORDERED that, by February 26, 2021, Plaintiffs shall file an affidavit of service on Prodigy Network LLC.

    IT IS FURTHER ORDERED that, by February 26, 2021, Plaintiffs shall file a letter, no longer than three pages, informing the Court whether Prodigy Network, LLC has filed for bankruptcy, and whether an entry of default would potentially be in violation of any sort of stay. SO ORDERED.

Dated: February 19, 2021
       New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge