```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALAPAHA VIEW LTD., a foreign corporation, DALAMAN MANAGEMENT CORP., a foreign corporation, JAILINELI LTD., a foreign corporation, ECEN DEL CENTRO SA DE CV, a foreign company, COLLE INVESTMENTS LTD., a foreign corporation, INTERNATIONAL C18 HOLDINGS LTD., a foreign corporation, ARTESANA SA, a foreign corporation, MIGUEL GONZALEZ-TEJA ZACHRISSON, a foreign individual, PABLO MIGUEL MARANTZ, a foreign individual, GONZALO JOSE VIDAL DEVOTO, a foreign individual, MARIA AMANCAY CAPARROS, a foreign individual, MARIA VICTORIA RUIZ DE VELASCO MARTINEZ DE ERCILLA, a foreign individual, BLANCA ARACELI BOTRAN SANTIAGO, a foreign individual, ANA LUCRECIA GARCIA BOTRAN, a foreign individual, MANUEL PISA MUNTANE, a foreign individual, CHRISTINE MARIE PASCUAL PAR, a foreign individual, ANA MABEL ROA BARRERA, a foreign individual, LUZ MARINA ROA BARRERA, a foreign individual, GLORIA BARRERA GALVIS, a foreign individual, ALEJANDRO CELENTANO, a foreign individual, JUAN CARLOS TIMEUS RODAS, a foreign individual, INIGO DIEGO EUGENIO MARIA RAPHAEL ASPILLAGA PLENGE, a foreign individual, NELLY MARIA BEATRIZ DE PARAMO PARLE, a foreign individual, RITA NELLY MARIA DE PARAMO PARLE, a foreign individual, MARIA PAULA ARNALDO, a foreign individual, CESAR HUMBERTO MEDINA GARCIA, an individual, ANA MARIA MATE LONDONO, an individual, and FELIPE CORTES FONT, a foreign individual,

Plaintiffs,

-v-

PRODIGY NETWORK, LLC, a Delaware limited liability company, PRODIGY SHOREWOOD

20-CV-07572 (VSB)


**DEFAULT JUDGMENT AGAINST PRODIGY NETWORK, LLC, 84 WILLIAM STREET NEWCO, INC, 84 WILLIAM STREET REALTY ASSOCIATES LLC, PRODIGY SHOREWOOD NEW YORK REP CO., and 84 WILLIAM MEZZ NEWCO, INC.**

> INVESTMENT MANAGEMENT LLC, a Delaware limited liability company, 84 WILLIAM STREET NEWCO, INC., a Delaware corporation, 84 WILLIAM STREET REALTY ASSOCIATES LLC, a Delaware limited liability company, PRODIGY SHOREWOOD NEW YORK REP CO., a Cayman Islands exempted limited company, and 84 WILLIAM MEZZ NEWCO, INC., a Delaware corporation,
>
> Defendants.

<u>VERNON S. BRODERICK</u>, United States District Judge:

This action was commenced on September 15, 2020 by the filing of the Complaint. An amended complaint was filed on October 5, 2020. Defendants Prodigy Network, LLC, 84 William Street NewCo, Inc., 84 William Street Realty Associates LLC, Prodigy Shorewood New York Rep Co., and 84 William Mezz NewCo, Inc. (collectively, "Defaulting Defendants") were served on October 13, 2020 by service of their respective summons, and the complaint and amended complaint upon their respective registered agent National Registered Agents, Inc., in compliance with Federal Rule of Civil Procedure Rule 4(e) and the laws of the United States, and a proof of service was filed on October 19, 2020 and February 22, 2021, and the aforementioned defendants have not answered the Amended Complaint and the time for answering the Amended Complaint has now expired. In accordance with my comments at the Order to Show Cause hearing on March 12, 2021, it is hereby:

ORDERED that default judgment as to liability is entered in favor of Plaintiff and against Defendants Prodigy Network, LLC, 84 William Street NewCo, Inc., 84 William Street Realty Associates LLC, Prodigy Shorewood New York Rep Co., and 84 William Mezz NewCo, Inc.

IT IS FURTHER ORDERED that an inquest on damages will be held in abeyance until such time as the case is resolved against remaining Defendant Prodigy Shorewood Investment Management LLC.

SO ORDERED.

Dated: March 12, 2021
       New York, New York

                                            Vernon S. Broderick
                                            United States District Judge