UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
ALAPAHA VIEW LTD. et al.,           :
                                    :
                  Plaintiffs,       :
         -v-                        :    20 Civ. 7572 (DLC)
                                    :
PRODIGY SHOREWOOD INVESTMENT MANAGEMENT :    ORDER
LLC,                                :
                  Defendant.        :
                                    :
------------------------------------X

DENISE COTE, District Judge:

   This case was reassigned to this Court's docket on September 9, 2021.  Accordingly, it is hereby

   ORDERED that a telephone conference is scheduled for October 13, 2021 at 11:00 a.m.  The parties shall use the following dial-in credentials for the telephone conference:

              Dial-in:       888-363-4749
              Access code:   4324948

   IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
          October 6, 2021

                                    _____
                                          DENISE COTE
                                    United States District Judge