UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ALAPAHA VIEW LTD. et al.,

                  Plaintiffs,

          -v-                              20 Civ. 7572 (DLC)

PRODIGY SHOREWOOD INVESTMENT MANAGEMENT    ORDER
LLC,

                  Defendant.

------------------------------------------X

DENISE COTE, District Judge:

    As set forth at the telephonic conference held on October 13, 2021, it is hereby

    ORDERED that the defendant's March 12, 2021 motion to dismiss is granted as to the fraudulent inducement claim. As to all of the other claims in the Second Amended Complaint, the March 12 motion to dismiss is denied.

Dated:    New York, New York
           October 13, 2021

                                            DENISE COTE
                            United States District Judge