```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ALAPAHA VIEW LTD. et al.,               :
                                        :
                    Plaintiffs,         :
        -v-                             :
                                        :  20 Civ. 7572 (DLC)
PRODIGY SHOREWOOD INVESTMENT MANAGEMENT :
LLC,                                    :  ORDER
                    Defendant.          :
----------------------------------------X
```

DENISE COTE, District Judge:

On January 25, 2022, Cole Schotz P.C. filed a motion to withdraw as counsel of record for Defendant Prodigy Shorewood Investment Management, LLC. Fact discovery in this action is set to conclude by July 1, 2022. Accordingly, it is hereby

ORDERED that a telephone conference to discuss the status of this litigation is scheduled for **January 28, 2022** at **3:00 p.m.** The parties shall use the following dial-in credentials for the telephone conference:

>           Dial-in:       888-363-4749
>           Access code:   4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:   New York, New York
         January 27, 2022

                                   _____
                                          DENISE COTE
                                   United States District Judge