UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAPAHA VIEW LTD., et al.,<br><br>Plaintiffs,<br><br>-v-<br><br>PRODIGY SHOREWOOD INVESTMENT MANAGEMENT LLC, et al.,<br><br>Defendants. | 20 Civ. 7572 (DLC)<br>[PROPOSED]<br><br><u>CONSENT FINAL DEFAULT JUDGMENT AGAINST DEFENDANT PRODIGY SHOREWOOD INVESTMENT MANAGEMENT LLC</u> |

DENISE COTE, District Judge:

This matter is before the Court upon Plaintiffs' and Defendant Prodigy Shorewood Investment Management LLC's Joint Stipulation for Entry of Consent Final Default Judgment against Defendant Prodigy Shorewood Investment Management LLC (the "Joint Stipulation"). After having reviewed the pleadings, the Joint Stipulation and the record, having further noted the entry of Default as to Defendant Prodigy Shorewood Investment Management LLC (Doc. 113), having been apprised that Defendant Prodigy Shorewood Investment Management LLC has reviewed and agreed to the language within this Consent Final Judgment, and for good cause shown, it is hereby ORDERED that:

1. The Joint Stipulation is APPROVED and incorporated herein with the same force and effect as if fully set forth herein, and that Defendant Prodigy Shorewood Investment Management LLC shall comply with all of the undertakings and agreements set forth therein.

2. Defendant Prodigy Shorewood Investment Management LLC consents to entry of this Final Default Judgment in connection with Plaintiffs' Second Amended Complaint (Doc. 77). Defendant Prodigy Shorewood Investment Management LLC also consents to the Court's

jurisdiction over it and the subject matter of this action. Furthermore, Defendant Prodigy Shorewood Investment Management LLC waives any entry of findings of fact and/or conclusions of law, and also waives any right to appeal from this Final Default Judgment.

3. Judgment is hereby entered against Defendant Prodigy Shorewood Investment Management LLC and in favor of each of the following Plaintiffs in the below listed amounts, for which let execution issue forthwith:

i. Alapaha View Ltd. for $2,000,000.00;

ii. Dalaman Management Corp. for $1,098,803.00;

iii. Jailineli Ltd. for $676,533.00;

iv. Ecen del Centro SA de CV for $250,000.00;

v. Colle Investments Ltd. for $999,400.00;

vi. International C18 Holdings Ltd. for $634,401.50;

vii. Artesana SA for $308,098.00;

viii. Miguel Gonzalez-Teja Zachrisson for $50,000.00;

ix. Pablo Miguel Marantz for $100,000.00;

x. Gonzalo Jose Vidal Devoto and Maria Amancay Caparros for $56,256.40;

xi. Maria Victoria Ruiz de Velasco Martinez de Ercilla for $289,921.95;

xii. Blanca Araceli Botran Santiago for $500,000.00;

xiii. Ana Lucrecia Garcia Botran for $100,000.00;

xiv. Manuel Pisa Muntane and Christine Marie Pascual Par for $76,916.21;

xv. Ana Mabel Roa Barrera, Luz Marina Roa Barrera, and Gloria Barrera Galvis for $190,000.00;

xvi. Alejandro Celentano for $100,000.00;

xvii.   Juan Carlos Timeus Rodas for $50,000.00;

xviii.  Iñigo Diego Eugenio Maria Raphael Aspillaga Plenge and Nelly Maria Beatriz de Paramo Parle for $219,760.60;

xix.    Nelly Maria Beatriz de Paramo Parle and Rita Nelly Maria de Paramo Parle for $219,760.60;

xx.     Maria Paula Arnaldo for $100,000.00;

xxi.    Cesar Humberto Medina Garcia and Ana Maria Mate Londono for $100,000.00; and

xxii.   Felipe Cortes Font for $250,000.00.

4. The above judgment amounts shall bear interest at the post-judgment interest rate prescribed by 28 U.S.C. § 1961 and shall be enforceable as prescribed by, *inter alia*, Rule 69(a) of the Federal Rules of Civil Procedure.

5. The above judgment amounts and this Judgment itself shall equate to a claim submitted by Plaintiffs for the above judgment amounts in the Prodigy Shorewood Investment Management LLC assignment for the benefit of creditors case currently pending in the Supreme Court of New York, New York County.

6. For purposes of this Judgment, Plaintiffs' collective address is c/o Sallah Astarita & Cox, LLC, 3010 North Military Trail, Suite 210, Boca Raton, Florida 33431.

7. The Court reserves jurisdiction to enter further Orders that are proper or for any other necessary purposes for enforcing this Judgment or contemplated by this Judgment, unless the Court directs otherwise.

*The Clerk of Court shall [close] the case.*

*[signature]*

*March 8, 2022*